**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ALAN ALBERT LOURENCO, | ) | Case No. 18-51339 (JAM) |
| | ) | |
| Debtor | ) | August 8, 2019 |

**ABANDONMENT OF PROPERTY AS AN ASSET OF THIS ESTATE**

Richard M. Coan, Trustee in the above case, hereby abandons the following property as an asset of this estate for the reason that said property is of inconsequential value to this estate:

Debtor's 100% interest in A L Real Estate Holdings, LLC, L & L Partners, LLC and Danbury Rent-A-Truck, Inc.

The reason for the abandonment is set forth in the Notice of Proposed Abandonment of Property and Opportunity for Objections Thereto dated July 24, 2019.

/s/ Richard M. Coan
Richard M. Coan, Trustee (ct06376)
Coan, Lewendon, Gulliver & Miltenberger, LLC
495 Orange Street
New Haven, CT 06511
Telephone:    (203) 624-4756
Facsimile:    (203) 865-3673
rcoan@coanlewendon.com