Case # 18 51339 JAM
Chapter 7

10/24/2020

To Whom it May Concern:

Please Reference Enclosed letters as referance to the Proper case in question.

On June 20 2020 Alan Lourenco sold to Lostocco Associates the property at 94 Triangle St. Danbury Ct 06810

It was sold for $950,000.

The outstanding mortgage owed Newtown Savings Bank was approx. $440,000.

This means Alan Lourenco has the Balance on hand as profit of $510,000.

I respectfully Request that the Bankruptcy Court Seize these funds and distribute them to his creditors.

Please advise me of your actions.

Sincerely

Daniel C Lourenco
50 A. Bear MT Rd
Danbury, Ct 06811

203 240 8117

Received on 10-28-2020
U.S.B.C.
B.S.
FILED
2020 OCT 28 P 2:12
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

# United States Bankruptcy Court
## District of Connecticut



| In re: Alan Albert Lourenco, Debtor* | Case Number: 18 51339 jam<br>Chapter: 7 |
|---|---|
| Daniel C. Lourenco, Plaintiff(s)<br>v.<br>Alan Albert Lourenco et al., Defendant(s) | Adversary Proceeding<br>No.: 19 05017 jam |

### *AMENDED ORDER GRANTING MOTION TO EXTEND TIME

Alan Albert Lourenco, (the "Movant"), filed a Consensual Motion to Extend Time to file a response to the Complaint and to file a Rule 26(f) Report dated December 23, 2019 (the "Motion", ECF No. 30). After notice and a hearing, see 11 U.S.C. § 102(1), it appearing that cause exists to grant the relief sought in the Motion; it is hereby

**ORDERED:** The Motion is GRANTED and the date by which Alan Albert Lourenco, Albert A. Lourenco, AL Real Estate Holdings, LLC, Danbury Rent-A Truck, Inc. and L & L Partners, LLC are to file a response to the Complaint and to file a Rule 26(f) Report is extended to February 4, 2020; and it is further

**ORDERED:** The Pre Trial Conference shall be held on February 11, 2020 at 11:00 A.M.

Dated: December 30, 2019

BY THE COURT

Julie A. Manning
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579-5808
VCIS* (866) 222-8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 153 - rms

*For the purposes of this order, "Debtor" means "Debtors" where applicable.

*Amended to reflect the correct Pre-Trial Conference date of February 11, 2020 at 11:00 A.M.

## Business Inquiry

### Business Details

| | | | |
|---|---|---|---|
| Business Name: | A L REAL ESTATE HOLDINGS, LLC | Citizenship/State Inc: | Domestic/CT |
| Business ID: | 1057274 | Last Report Filed Year: | 2015 |
| Business Address: | 89 TRIANGLE ST, DANBURY, CT, 06810 | Business Type: | Domestic Limited Liability Company |
| Mailing Address: | 89 TRIANGLE ST, DANBURY, CT | Business Status: | Active |
| Date Inc/Registration: | Dec 23, 2011 | | |
| Annual Report Due Date: | 12/22/2016 | | |

### Principals Details

| Name/Title | Business Address | Residence Address |
|---|---|---|
| ALAN LOURENCO MANAGING MEMBER | 89 TRIANGLE ST, DANBURY, CT, 06810 | 106 TAUNTON HILL RD, NEWTOWN, CT, 06470 |

### Agent Summary

Agent Name   DAVID J. BISCEGLIA

Agent Business Address   64 NORTH ST, DANBURY, CT, 06810

Agent Residence Address   468 CROOK HORN RD, SOUTHBURY, CT, 06488

Agent Mailing Address   NONE

CASE # 18 51339 JAM
CHAPTER 7